**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY MERTSON and MICHAEL SCHIRANO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROUTE APP INC.,<br><br>Defendant. | Case No. 3:26-cv-1172 (ECC/ML)<br><br>Hon. Elizabeth Cherly Coombe, U.S.D.J.<br>Hon. Miroslav Lovric, U.S.M.J. |

**DEFENDANT ROUTE APP INC.'S NOTICE OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) AND 12(B)(6) AND TO STRIKE UNDER FED. R. CIV. P. 12(F)**

PLEASE TAKE NOTICE that Defendant Route App Inc. ("Route") will, and hereby does, move this Court, before the Honorable Elizabeth C. Coombe, United States District Judge, at the Federal Building and U.S. Courthouse, 100 South Clinton Street, Syracuse, New York, for an order dismissing Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In the alternative, Route seeks an order striking the nationwide class claims and Paragraphs 33–38 from the Complaint under Federal Rule of Civil Procedure 12(f) because they are redundant, immaterial, impertinent, and/or prejudicial, as further set forth in the accompanying Memorandum of Law. In support of this Motion, Route relies on the accompanying Memorandum of Law, the Declaration of Molly Melcher and the Declaration of Adam Casper, and the exhibits thereto.

Dated: October 7, 2026

Respectfully submitted,

By: */s/ Molly R. Melcher*

MOLLY R. MELCHER *(admitted pro hac vice)*
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: mmelcher@fenwick.com

*Attorneys for Defendant Route App Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

Date: October 7, 2026

*/s/ Molly R. Melcher*
Molly R. Melcher