FENWICK

902 Broadway
18th Floor
New York, NY 10010-6035

212.430.2600
Fenwick.com

Molly R. Melcher
mmelcher@fenwick.com | 415.875.2378

October 30, 2026

VIA ECF

Hon. Elizabeth C. Coombe
United States District Judge
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

Re: ***Mertson, et al. v. Route App Inc.*, No. 3:26-cv-1172 (ECC/ML) —**
**Letter Regarding Withdrawal of Motion to Dismiss**

Dear Judge Coombe:

I represent Defendant Route App, Inc. ("Route") in the above-referenced action. I write respectfully to advise the Court that Route seeks to withdraw its pending motion to dismiss (ECF No. 13), without prejudice to its right to move against or otherwise respond to the Amended Complaint (ECF No. 15).

The Parties have agreed to mediate this matter, and a mediation session is scheduled for December 22, 2026. To conserve the resources of the Court and the Parties while they pursue a potential resolution, the Parties filed a joint letter motion with Magistrate Judge Lovric requesting a stay of this action pending the mediation (ECF No. 16). Under the Parties' proposal, Route's deadline to respond to the Amended Complaint would be extended to February 10, 2027.

The Parties are available at the Court's convenience should Your Honor have any questions or wish to schedule a conference.

Respectfully submitted,

/s/Molly Melcher

Molly Melcher

FENWICK & WEST LLP

Counsel for Defendant Route App Inc.

cc: All counsel of record (via ECF)